IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENINE R. HOOD, | ) | 2:14cv867 |
| Plaintiff, | ) | Electronic Filings |
| | ) | |
| vs. | ) | Judge David Stewart Cercone/ |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| CITIZENS BANK OF | ) | |
| PENNSYLVANIA *a subsidiary or* | ) | Re: ECF No. 37 |
| *Division of Citizens Financial Group, Inc.*, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 7th day of July, 2016, after Plaintiff Denine R. Hood filed an action in the above-captioned case, and after a Motion for Summary Judgment was submitted by Defendant, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge in which it was recommended that the Motion for Summary Judgment be granted, and upon consideration of the Objections filed by Plaintiff, and the response to the Objections submitted by Defendant, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF 37) is GRANTED and the Clerk is directed to mark the case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*DS Cercone*
David Stewart Cercone
United States District Judge

cc:  Honorable Maureen P. Kelly
Chief United States Magistrate Judge

James H. Logan, Esquire
Amy Z. Snyder, Esquire
Joshua Vaughn, Esquire
William S. Myers, Esquire

*(Via CM/ECF Electronic Mail)*